# EXHIBIT A

# PROTECTED DOCUMENTS

los angeles, ca  free classifieds

Post an Ad

administration > backpage.com > los angeles adult entertainment > los angeles escorts

**This ad is not live. Status: Expired**

## ****Two girls SpEciAl** **CasSiE & EmaNi** **Hot Hot Hot** **(Preg0)****** - 19

report ad

posted: June 15, 2010, 12:38 AM

| Whitelisted: **Yes** | View Account | Email: shaynicewilliams@yahoo.com  [ +SPAM+ ] | Delete this Ad  [ Global Delete ] |

**Reply:** click here

HeY GuYs Its 2 hot girls in the LAX area***

Its Me And My girl just Lookin 4 Some Company 4 the Night***
we're REALLY bored so Please(Serious Guys Only)

Spend some quality time with Me(cassie)
100qk/140hh/180hr

Or Spend some quality time with my Girl(Emani)
100/140/180

Or for the Both of us 140qk/180hh/220hr(Special)

OoOh and my girl(Emani) is 5 months Prego so We having a little fun in preperation for her up coming baby shower!!!

(310)766-8953
###AND THIS IS IN NO WAY SHAPE OR FORM AN ADD SEX###
BUT WE DONT WANT TO HANG OUT WITH aNy TyPe of Law EnforceMent...lol....would you???

Poster's age: 19

• Location: LAX

• Post ID: 10414089 losangeles

**Email this ad to a friend**

---

**Administrative Data:**

Partner: Los Angeles
Ad Type: Online Ad
Paid Ad: **Yes**
Ad Price: $3.00
Whitelisted: **Yes**

Name:      christopher weldon
Phone:     Unknown
Email:     shaynicewilliams@yahoo.com  [ +SPAM+ ]
User Created: Monday, June 14, 2010  12:53 AM PDT
Settings:  None

**Ad Analysis**
IP:         64.183.19.86
Ad Created:  Tuesday, June 15, 2010  12:38 AM PDT

View all ads by this user on this site (2)
View Account
View Cardref Number

Edit this Ad (backpage form)
Edit this ad (object editor)
Delete this Ad   [ Global Delete ]
Moderate this Ad (fail)
Edit or Delete this User (local)
Bypass Moderation (central settings)
**Invoices for this Ad:**
$3.00 on 06-15-2010 - View

---

Account Login | Affiliate Program (new) | Blog | Help | Popular Adult Searches | Privacy Policy | Promote Us | Terms of Use | backpage.com  © Copyright 2011

losangeles.backpage.com is an interactive computer service that provides access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

**PROTECTED DOCUMENTS - 2504**

# PROTECTED DOCUMENTS

**los angeles, ca** free classifieds

Post an Ad

administration > backpage.com > los angeles adult entertainment > los angeles escorts

**This ad is not live. Status: Expired**

## *****sexy college girl "ALMOST" gone wild*****LAX AREA - 19

report ad

posted: June 14, 2010, 12:53 AM

| Whitelisted: **Yes** | View Account | Email: shaynicewilliams@yahoo.com  [ +SPAM+ ] | Delete this Ad  [ Global Delete ] |
|---|---|---|---|

**Reply:** click here

sexy belizian hotty with a ***BLAZIN!*** body
Hi guys my name is Cassie and i'm tryin to hang out with a generous gentleman for the evening....

i.m 5'4 and slim firm body...

Im currently in college and I believe my time is worth every donation
80qk/120hh/2oohr.....(non negotiable)

100% REAL PICS and garanteed satisfaction

***310-766-8953***

Poster's age: 19

- Location: LAX

- Post ID: 10401595 losangeles

**Email this ad to a friend**

---

**Administrative Data:**

Partner: Los Angeles
Ad Type: Online Ad
Paid Ad: **Yes**
Ad Price: $3.00
Whitelisted: **Yes**

View all ads by this user on this site (2)
View Account
View Cardref Number

Edit this Ad (backpage form)
Edit this ad (object editor)
Delete this Ad    [ Global Delete ]
Moderate this Ad (fail)
Edit or Delete this User (local)
Bypass Moderation (central settings)
**Invoices for this Ad:**
$3.00 on 06-14-2010 - View

Name:        christopher weldon
Phone:       Unknown
Email:        shaynicewilliams@yahoo.com   [ +SPAM+ ]
User Created: Monday, June 14, 2010  12:53 AM PDT
Settings:     None

**Ad Analysis**
IP:           64.183.19.86
Ad Created:   Monday, June 14, 2010  12:53 AM PDT

---

Account Login | Affiliate Program (new) | Blog | Help | Popular Adult Searches | Privacy Policy | Promote Us | Terms of Use | backpage.com © Copyright 2011

losangeles.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

**PROTECTED DOCUMENTS - 2507**

**PROTECTED DOCUMENTS**

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    05/27/2011



      That same day, Tamara Nickel, operations manager, complied with the request.  The following is a summary of those results.  The complete results are maintained in a 1-A envelope:

Posting# 10401595
Date: 6/14/2010
Phone: (310) 766-8953
Name: "Cassie"

Posting information
Name: Christopher Weldon
Address: 427 S. Wilmington ave.,
          Compton, California
Email: shaynicewilliams@yahoo.com
IP: 64.183.19.86
Date/Time: 6/14/2010, 12:53 a.m. PDT

Posting# 10414089
Date: 6/15/2010
Phone: (310) 766-8953
Name: "Cassie and Emani"

Posting information
Name: Christopher Weldon
Address: 427 S. Wilmington ave.,
          Compton, California
Email: shaynicewilliams@yahoo.com
IP: 64.183.19.86
Date/Time: 6/15/2010, 12:38 a.m. PDT

Investigation on    05/18/2011    at   Riverside, California

File #

Date dictated

by   SA Klaus D.H. Franze    147kdf04.11

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

PROTECTED DOCUMENTS - 2500

# EXHIBIT B

PROTECTED DOCUMENTS

| I. FILE NUMBER | | Page Number: |
|---|---|---|

### CONTINUATION SHEET

1   While living with Bell, he paid for her to get her hair, nails and eyebrows done, bought her hair
2   extensions, dresses, shorts, pants, shirts, shoes, food and marijuana.  V/3 believes she made over
3   $7000.00 while with Bell, all of which was given to him.  V/3 occasionally referred to herself as the "Six
4   Hundred Dollar Bitch," meaning she made at least $600.00 a night.  At some point, Bell dropped V/3,
5   V/5 and Javiya off at a medical clinic where they were tested for Sexually Transmitted Diseases.  This
6   medical clinic is also where Bell gets boxes of free condoms (described as blue and purple boxes), which
7   he sells to Gary and Samuel Rogers for $1.00 a condom.
8
9   During my interview with V/3, she told me that in addition to working on Euclid Ave, she also worked
10  on Pine, Orchard, Emerald, and Bradfield, all of which were in Compton.  While working these other
11  tracks, V/3 was working for Paul Bell.  V/3 told me there was a motel located off of Bradfield which
12  charged $25.00 an hour for a room.  V/3 described the area on Bradfield which surrounded the motel, as
13  being a place only prostitute's hung out at.  V/3 told me the prostitutes would use the motel to service
14  their customers, "Johns."
15
16  While working for both Samuel and Bell, V/3 was contacted and arrested on several occasions by local
17  law enforcement.  On some occasions, V/3 used the names Jasmine Chambers (D.O.B. 05/08/90) and
18  Cheyanna Sparks (D.O.B. 08/03/90) when being detained and/or arrested by the police.  On one
19  occasion, V/3 was arrested for opening the rear door of a patrol car which had Bell detained in the back
20  seat.  V/3 also used her real name on occasion, but was told to go home because she was a juvenile.
21
22  While with Bell, V/3 would work with Gary Rogers' victims, Chrystal (20yrs), Dedra (23yrs) and
23  Mercedez.  Gary also sold Bell his black semi-automatic firearm and was attempting to sell him an
24  additional firearm.  V/3 told me Gary went by "Hitter Cix" on Facebook.
25
26  During V/3's time with Bell, he was arrested and spent about a week in jail.  While Bell was in custody,
27  Bell directed his brother Christopher Marcus (aka Chris Rock, Bro-Bro) to take over for him and to
28  make sure V/3 continues to make money.  While working for Christopher, V/3 stayed with him and his
29  mother at his house, which was possibly located at 407 S. Wilmington St in Compton.  While with
30  Christopher, V/3 was taken to Sunset Blvd in Hollywood, Figueroa St in Los Angeles and Long Beach
31  Blvd in Compton, to work the tracks.  After every date, V/3 would call Christopher and after every other
32  date he would collect the money she made from prostitution.  In total, V/3 believes she made around
33  $2,500.00 for Christopher.  V/3 told me Christopher drove a black lowered vehicle and was looking for a
34  bottom girl who could start making him money and recruiting for him.
35
36  Upon Bell being released from county jail, V/3 went back to him, where she continued to work as a
37  prostitute and make money for him.  On March 10, 2011, V/3 was on a date with a black male adult with
38  long black hair, who appeared to be half-Asian.  This individual identified himself as "Bingo."  While on
39  their date, Bingo told V/3 that if she provided him with free oral sex he would take her home and drop
40  her off with her family in Adelanto.  V/3 agreed but was taken to Orange County where Bingo told her
41  she had to make him $300.00 before he took her home.  Wanting to go home, V/3 performed oral sex on
42  a client for $40.00, which she gave to Bingo.  During V/3's second date or trick, she was stopped by Det.
43  Mach and arrested for false impersonation and prostitution.  When stopped, V/3 initially identified

# EXHIBIT C

**PROTECTED DOCUMENTS**

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription      1/27/2012

On July 14, 2011, Special Agent (SA) Klaus Franze served a Court Order on Sprint, 6480 Sprint Parkway, Overland Park, KS, ▓▓▓▓▓▓▓▓▓▓, for call detail and historical cell site records for cellular telephone number 310-438-0254, between January 15, 2011, and April 15, 2011.

On July 22, 2011, Lucy Cox, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ V3 , complied with the request. The following is a summary of those call detail records. Complete results are maintained in a separate 1-A envelope.

**Outgoing** call detail records revealed that 310-438-0254, used by ▓▓▓▓▓▓▓▓▓▓, called the following phone numbers the listed approximate number of times and between the noted dates:

| Number | User | Frequency | Dates |
|--------|------|-----------|-------|
| (562) 682-0083 | Paul Bell | 16 | 1/29/11 - 2/10/11 |
| (562) 607-6422 | Christopher Weldon | 63 | 1/29/11 - 2/9/11 |
| (310) 766-8953 | Javiya Brooks | 4 | 1/29/11 - 2/9/11 |
| (951) 807-0085 | Kimberly Alberti | 12 | 1/29/11 - 2/10/11 |

**Incoming** call detail records revealed the following phone numbers called 310-438-0254, the listed approximate number of times and between the noted dates:

| Number | User | Frequency | Dates |
|--------|------|-----------|-------|
| (562) 682-0083 | Paul Bell | 15 | 1/29/11 - 2/10/11 |
| (562) 607-6422 | Christopher Weldon | 49 | 1/29/11 - 2/7/11 |
| (310) 766-8953 | Javiya Brooks | 14 | 1/29/11 - 2/10/11 |
| (951) 807-0085 | Kimberly Alberti | 48 | 1/29/11 - 2/7/11 |

Investigation on    7/14/2011    at  Riverside, California

File # ▓▓▓▓▓▓▓▓▓▓▓▓                                      Date dictated

by    SA Klaus D.H. Franze      027kdf05.12

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

# EXHIBIT D

**Posted** 2011-02-08 23:18:60 UTC
**Status** im kinda new to this shit so you gotta help me Video call me now
**Mobile** http://webvideocall.oovoo.com/callme/onlyone6/248

**Posted** 2011-02-08 22:56:29 UTC
**Status** somebody inbox me some oovoo names
**Mobile**

**Posted** 2011-02-08 22:24:02 UTC
**Status** fucc it im bout to make a oovoo right now thats what seems is popen
**Mobile**

**Comments**     **User** Cassie Mcallister (100001201147925)
                 **Text** Make me one
                 **Time** 2011-02-08 22:28:02 UTC

                 **User** Hitter Cix (100001358838202)
                 **Text** fashow but you gonna need a camara k
                 **Time** 2011-02-08 22:49:34 UTC

                 **User** Cassie Mcallister (100001201147925)
                 **Text** Kaye
                 **Time** 2011-02-08 22:52:11 UTC

**Posted** 2011-02-08 08:02:35 UTC
**Status** wow yall wanna know what i like shit im puttin themup
**Mobile**

**Posted** 2011-02-08 07:30:42 UTC
**Status** i puutin shit up like it or dont nay....ba...Hooood free J-roc
**Mobile**

**Comments**     **User** Jonathan Paul Bell (100001093465101)
                 **Text** I'm home now bro heard you was outhere and I'm mad I wasn't there
                 **Time** 2011-02-08 22:06:45 UTC

                 **User** Hitter Cix (100001358838202)
                 **Text** Yeah big bro I was but im hitten hemet today because I still aint got
                      this car fix but we can get it inn togather when we stand bacc up
                 **Time** 2011-02-08 22:08:54 UTC

                 **User** Jonathan Paul Bell (100001093465101)
                 **Text** Fasho bro shady out now
                 **Time** 2011-02-08 22:17:55 UTC

                 **User** Jonathan Paul Bell (100001093465101)
                 **Text** Fasho bro shady out now
                 **Time** 2011-02-08 22:17:56 UTC

                 **User** Hitter Cix (100001358838202)
                 **Text** thats what it do and c-roc doin a good on keeppen yo other one held
                      down
                 **Time** 2011-02-08 22:20:30 UTC

**Posted** 2011-02-06 16:56:44 UTC
**Status** I got big dreams im tryna build somethin but the only tools I have is inside me
**Mobile** 1

**Posted** 2011-02-06 16:18:01 UTC
**Status** Now that palm springs is over I guess im bacc to the river
**Mobile** 1

**Posted** 2011-02-01 05:32:07 UTC
**Status** ?ê?? wit ppl of the online world
**Mobile** 1

# EXHIBIT E

**PROTECTED DOCUMENTS**

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription   01/12/2012

      Inland Child Exploitation / Prostitution (ICEP) Task force Officer (TFO) James Barrette, Riverside Police Department, reviewed multiple recorded jail calls from inmate PAUL BELL to CHRISTOPHER WELDON and SU YI.  The following chronology summarizes the communication (all times approximate), with a CD of the actual calls maintained in an FD340 1A envelope.

**CALLS FROM PAUL BELL TO CHRIS WELDON**

<u>August 6th, 2011</u>

    12:36 hours – Paul Bell talks to Chris Weldon about a Cadillac owned by Weldon. At 3:30 of call, Paul Bell talks about Su Yi having $13,000 and at 7:00 of call, Paul Bell talks about a Monte Carlo.  At 10:00 of call, Paul Bell talks about Yvonne Swindle (Snow) and minors and at 21:00 of call, Paul Bell talks about a Lexus.

<u>August 10th, 2011</u>

    19:59 hours – Paul Bell talks to Chris Weldon about $15,000 in the house and another $4000 in the garage. At 9:00 of call, Paul Bell talks about Tymika Sparks and Yvonne Swindle.  At 12:30 of call, Paul Bell tells Chris Weldon to pick up money from Shady (Javiya Brooks) and at 14:30 of call, Paul Bell talks about pictures on his phone and his Facebook account.

<u>August 15th, 2011</u>

    20:39 hours – Paul Bell talks about a subject called "C.J." with a cell phone number of 213-465-8419.

**CALLS FROM PAUL BELL TO SU YI, INCLUDING THREE-WAY CALLS**

<u>July 7th, 2011</u>

    12:26 hours – Paul Bell talks to Su about a Toyota Corolla and $80,000.

| | | |
|---|---|---|
| Investigation on | 01/12/2012 | at Victorville, California |
| File # | | Date dictated   NA |
| by   SA Jodi A. Jewett : jaj | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**PROTECTED DOCUMENTS - 4076**

**PROTECTED DOCUMENTS**

FD-302a (Rev. 10-6-95)

<div style="background:gray; width:160px; height:25px;"></div>

Continuation of FD-302 of _____ , On <u>01/12/2012</u> , Page ___2___

<u>August 7th, 2011</u>

    12:33 hours – At 30:00 of call, Paul Bell is talking about putting "Blammers" in the garage (Blammers is possibly guns).  At 40:00 of call, Paul Bell talks about all his property being in his mother's garage.

<u>August 8th, 2011</u>

    12:39 hours – Su Yi talks about working at the Casino (Possibly Morongo).

<u>August 9th, 2011</u>

    12:11 hours – At 6:30 of call, Paul Bell talks to Su Yi about money and money given to his brother.  They also talk about Su Yi going to the bank.

<u>August 10th, 2011</u>

    20:22 hours – Paul Bell talks to Su Yi about losing money at the casino (Crystal Palace).  At 15:00 of call, Paul Bell, Su Yi, and Javiya Brooks talk about "Snow" (Yvonne Swindle) and about Tymika Sparks.

<u>August 13th, 2011</u>

    9:39 hours – At 5:49 of call, Paul Bell talks to Javiya Brooks about bringing $800 to the jail.  Also a telephone number of 323-971-1652 is given out and belongs to Paul Bells father.

<u>August 14th, 2011</u>

    9:14 hours – At 9:00 of call, Su Yi talks about putting $600 on Paul Bells books at the jail.  At 12:00 of call, Paul Bell tells Su Yi that she will do what he tells her to do.

    12:00 hours – At 4:00 of call, Paul Bell tells Javiya Brooks(Shady) to follow his instructions (Bell is very angry).

    12:49 hours – At 15:00 of call, Paul Bell talks to Javiya Brooks about giving $400 to Su Yi, stating that Javiya "Spends my Money!"  Paul Bell tells Javiya Brooks to leave his house (Javiya is very upset and Paul is very angry).  At 20:00 of call, Paul Bell talks to Javiya Brooks about the "Blade" (Prostitution track).

**PROTECTED DOCUMENTS**

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of _____ , On  01/12/2012 , Page ___3___

18:22 hours – Paul Bell tells Su Yi about the $600 she put on his books at the jail and mentions being at the house in China Town.  At 9:00 of call, Paul Bell talks to his brother (Chris Weldon) and tells him he needs to get money every other day.  At 13:00 of call, Paul Bell threatens Javiya Brooks and at 23:00 of the call, Paul Bell calls Chris Weldon and tells him when he (Weldon) gets a hold of Javiya Brooks (Shady) that he is to "Lock her in the house".

20:25 hours – Paul Bell talks to Su Yi about $35,000 to $40,000.

<u>August 15th, 2011</u>

16:29 hours – Paul Bell asks Javiya Brooks about the "ticket" (Money she made doing prostitution) and she tells him $500.00.  At 29:00 of call, Javiya Brooks tells Paul Bell about the police investigation and to stay away from the house.  At 32:00 of call, Paul Bell tells Javiya Brooks "to go on dates and get money...a prostitute gets paid for her time."  Paul Bell also tells Javiya Brooks that he wants "his" money from the house.  Paul Bell attempts to call his mother (310-738-0237).  At 1:00:00 of call, Paul Bell and Javiya Brooks talk about a date and that Su Yi is to pick Javiya up when she is done.  At 1:04:00 of call, Paul Bell tells Su Yi to take care of the business and pick up the money.

<u>August 16th, 2011</u>

13:29 hours – At 7:00 of call, Paul Bell gives Su Yi two telephone numbers (213-807-4034 "C.J.'s") and (310-405-9495 "Kim").  Paul Bell talks to C.J. about the video on his cell phone of "Kim" being sprayed with pepper spray by him.

13:46 hours – Paul Bell has Su Yi call "Kim" and tells her that he "fired" Javiya Brooks(Shady).  At 8:00 of call, Paul Bell tries to recruit "Kim" to work for him.  At 9:00 of call, Paul Bell and Kim talk about white girl(Yvonne Swindle) having a key to house and that she is lying.  At 11:00 of call, Paul Bell talks about Javiya Brooks (Shady) being with another pimp who is "taking his money".  At 21:00 of call, Paul Bell contacts another female by the name of "Angel" (661-236-2905).

**PROTECTED DOCUMENTS**

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of _____ , On 01/12/2012 , Page    4

August 17th, 2011

09:30 hours – Paul Bell attempts to get Javiya Brooks' cell phone messages because no one can find her.  He does not have the right pass code.

09:47 hours – Paul Bell gives Su Yi the right pass code to Javiya Brooks' cell phone and listens to several messages.

10:04 hours – Paul Bell listens to more messages from Javiya Brooks' cell phone.  At 14:00 of call, Paul Bell contacts "Chopper" (951-250-7229) about "Kiki and Chicago".  "Chopper" tells Paul Bell that his girls work Sepulveda and the Valley.  At 21:00 of call, Paul Bell is worried about the police finding the "white bitch" (Yvonne Swindle).  Paul Bell then calls "C.J." (213-807-4034).

15:34 hours – At 28:00 of call, Paul Bell tells Su Yi to lie on her taxes.  Paul Bell claims that he can get some children's names to put on Su Yi's taxes to get a bigger refund.  Paul Bell talks about hw he did the same thing for his brother (Chris Weldon) who claimed two kids (not his) and got an extra $5,000 for him.  Paul Bell has Su Yi call the number 213-465-8419.

16:16 hours – Paul Bell talks to "C.J." about a Cocaine case they have together.

17:01 hours – At 14:00 of call, Paul Bell talks to Su Yi about Javiya Brooks (Shady) making $200 a day.  Paul Bell makes threats to hurt Javiya Brooks (Shady) when he gets out of jail because she is messing up his business.

August 18th, 2011

13:06 hours – At 13:00 of call, Paul Bell calls "Kim" and she claims to have a journal belonging to Javiya Brooks (Shady) that talks about her prostitution.  At 15:30 of call, Paul Bell talks about moving "Kim" upstairs into his house.

20:03 hours – Paul Bell is upset that he can't locate Javiya Brooks (Shady).

**PROTECTED DOCUMENTS**

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of _____ , On 01/12/2012 , Page 5

    20:20 hours – Paul Bell gives Su Yi his Facebook account information **Jayrichdapimp@yahoo.com** password-pimpin98.

August 19th, 2011

    08:32 hours – Paul Bell calls Javiya Brooks' (Shady) mothers cell phone (323-752-2897) and at 26:00 of call, Paul Bell makes mention about his "bottom bitch".

    13:24 hours – Paul Bell is still searching for Javiya Brooks who he has not spoken to for days.

    20:05 hours – Paul Bell calls Javiya Brooks' mother and refers to Su as "Su Yi".

August 20th, 2011

    7:42 hours – Paul Bell gives out another number to Su Yi as 213-465-8419 and refers to the subject as "Ceasar" or "C.J.".

    9:29 hours – 29:00 of call, Paul Bell talks to Javiya Brooks (Shady) and threatens to lock her up in the house.

    9:33 hours – Paul Bell has Su Yi place a three way a call to "John" at 424-204-3384.  Paul Bell and the male subject talk about Javiya Brooks or her other name "Emani" as she calls herself on the street, being with him at an unknown house in Topanga Canyon.  They talk about a police report Javiya Brooks filed against "John" with the Santa Monica police department.  Paul Bell refers to Javiya Brooks (Shady) as a prostitute.

    11:43 hours – At 6:45 of call, Paul Bell talks to "C.J." and makes mention to holding down "Shady" (Javiya Brooks) and using mace on her.

August 21st, 2011

    10:16 hours – Paul Bell has Su Yi call 661-874-6451 and gets no answer.  At 23:00 of call, Paul Bell talks to Su Yi about working at Morongo Casino.  At 41:00 of call, Paul Bell has Su Yi try to call 661-236-8629.
    1
    4:14 hours – Paul Bell tells Javiya Brooks (Shady) that she has to take care of her "Daddy's" business.

    20:39 hours – Paul Bell has Su Yi call "Angel" at 661-236-2905 and another number at 562-607-6422.

**PROTECTED DOCUMENTS**

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of _____, On 01/12/2012 , Page ___6___

August 22nd, 2011

   9:26 hours – Paul Bell talks about Javiya Brooks(Shady) being in jail.

August 23rd, 2011

   11:50 hours – Paul Bell has Su Yi call 323-802-3410.  At 5:00 of call, Paul Bell talks to Chris Weldon and confirms that Chris has $35,000.  At 9:00 of call, Paul Bell tells Chris Weldon that he needs to pick up money.  At 8:00 of call, Paul Bell talks to Chris Weldon about the "Red Mobile" and that it is out of town because Chris Weldon does not have room for it.  At 17:00 of call, Paul Bell tells Chris Weldon to take over the family business while he's locked up.

   21:01 hours – At 14:00 of call, Paul Bell talks to "Kim" who tells him that the police told her there is a prostitution ring at the house and that C.J. is staying away.

August 24th, 2011

   11:47 hours – Paul Bell gives information that Javiya Brooks D.O.B is 01-10-93 and that she is in jail.

August 25th, 2011

   9:53 hours – Paul Bell talks about the house being broken into and Javiya Brooks being out of jail.  During the call, Paul Bell makes sure that Chris Weldon has all of his jewelry.  Paul Bell has Su Yi call "C.J." at 213-465-8419 and there is talk about 20-30 phones being stolen during the burglary and that there are only 2 to 3 phones left at the house.

   17:09 hours – Paul Bell calls Su Yi and refers to himself as "Daddy" and talks about a laptop, giving the password to the laptop as "6688, 6666, or 8888".

# EXHIBIT F

PROTECTED DOCUMENTS

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription    12/7/2011

        On November 22, 2011, a search warrant, issued in the
United States Central District of California on November 17, 2011,
was executed at garage unit of 417 S. Wilmington Ave., Compton,
California. This garage unit was used by Christopher Weldon.  The
purpose of the search was to locate evidence and/or contraband
associated with the violation of Title 18 U.S.C. Sections 1591
(a)(1) (sex trafficking of children), 2422 (b) (enticement of a
minor to engage in unlawful sexual activity), 2252A (g) (child
exploitation enterprises), and 922 (felon in possession of a
firearm).  The following activities occurred at the approximate
times noted:

        At approximately 4:00 p.m., Special Agents (SAs) and Task
Force Officers (TFOs) opened garage unit 417.

        At approximately 4:05 p.m., entry video began.

        At approximately 4:10 p.m., the search began.

        At approximately 5:20 p.m., the search ended and exit
video began.

        At approximately 5:25 p.m., FBI agents and Task Force
Officers departed the residence.  A copy of the search warrants and
receipt for property seized were left inside the garage.

        Below is a summarized listing of items seized:

        1.  Tec-DC9 machine pistol. (Garage 417)
        2.  Tec-DC9 machine pistol magazine loaded with bullets
            and one bullet in the chamber. (Garage 417)
        3.  Empty magazine (Garage 417)
        4.  Miscellaneous paperwork (garage 417)
        5.  Miscellaneous paperwork from BMW (garage 417)
        6.  BMW, California plate 6EXR152, VIN# WBAEK73494B321324
            (garage 417)
        7.  Cell phone from Christopher Weldon's person

        The following law enforcement personnel assisted in the
search:

Investigation on    11/22/2011    at  Compton, CA

File #                                          Date dictated

by   SA Klaus D.H. Franze       341kdf01.11

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

PROTECTED DOCUMENTS - 3831

**PROTECTED DOCUMENTS**

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of _____ , On 11/22/2011 , Page 2

```
1. SA Klaus Franze        FBI
2. SA Jodi Jewett         FBI
3. TFO James Barrette     RPD
4. TFO David Baughman     SBPD
5. TFO Jennifer Kohrell   SBPD
```

    The following items have been placed in an 1-A envelope:
Photo log, admin log, property receipt, sketch, CD containing
photos and videos.



# EXHIBIT G

PROTECTED DOCUMENTS



PROTECTED DOCUMENTS - 2020

PROTECTED DOCUMENTS



http://a4.sphotos.ak.fbcdn.net/hphotos-ak-ash4/222912_1885546211
90985_100001093465101_459046_350573_n.jpg

Title

PROTECTED DOCUMENTS - 2023